CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 18 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 5-06-cr-00015-05 |
| v. | ) **ORDER** |
| | ) |
| GUILLERMO MEZA-DURAN, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea. Acceptance of the plea agreement is deferred, pending completion of a presentence report.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: December 18, 2006

_/s/ Glen E. Conrad_
United States District Judge